**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TOMMY W. STEELE, ) | |
| ID # 4227-15, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:16-CV-471-N |
| ) | |
| SHANI FLEMINS, ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claim under 42 U.S.C. § 1983 will be **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2), and his remaining state law claims will be **DISMISSED** without prejudice. Because the complaint is subject to dismissal on the basis that the defendant is not a state actor, and the Court declines to exercise supplemental jurisdiction over a state law legal malpractice claim, any pending motions seeking additional relief are **DENIED**.

    SIGNED this 11th day of April, 2016.

                                                                                     **UNITED STATES DISTRICT JUDGE**